UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALDEROS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>      Defendant. | Civil Action No. 21-2608 (DLF) |

## NOTICE OF ERRATA

Defendants acknowledge that they have sought a previous extension of the briefing schedule in this case. See ECF No. 37. A similar extension was not sought in the related cases and the undersigned counsel had forgotten that one had been sought in this case. Defendants apologize for this error.

Dated: February 24, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481886
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:   */s/ John J. Bardo*
     JOHN J. BARDO, D.C. Bar #1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 870-6770

*Attorneys for the United States of America*