IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALDEROS, INC.,<br><br>    *Plaintiff*,<br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | No. 21-cv-2608 (DLF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff Kalderos, Inc. ("Kalderos") respectfully withdraws the appearance of William A. Sarraille (No. 431872) in this matter. Plaintiff Kalderos will continue to be represented by Paul J. Zidlicky.

Dated: February 26, 2025

                                                  Respectfully submitted,

                                                */s/ Paul. J. Zidlicky*

**SIDLEY AUSTIN LLP**
Paul J. Zidlicky (No. 450196)
pzidlicky@sidley.com
(Tel.) 202-736-8013
1501 K Street, N.W.
Washington, DC 20005
(Tele.) 202-736-8000
(Fax) 202-736-8711

Trevor L. Wear (pro hac vice forthcoming)
twear@sidley.com
(Tel.) 312-853-7101
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)

*Counsel for Plaintiff Kalderos, Inc.*

1