IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALDEROS, INC.,<br><br>*Plaintiff*,<br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 21-cv-02608 (DLF) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Kalderos, Inc. appeals to the United States Court of Appeals for the D.C. Circuit from this Court's Order, ECF No. 66, entered in this action on May 15, 2025.

Dated: June 12, 2025

Respectfully submitted,

*/s/ Paul. J. Zidlicky*

**SIDLEY AUSTIN LLP**
Paul J. Zidlicky (D.C. Bar No. 450196)
pzidlicky@sidley.com
(Tel.) 202-736-8013
1501 K Street, N.W.
Washington, DC 20005
(Tele.) 202-736-8000
(Fax) 202-736-8711

Trevor L. Wear (pro hac vice)
twear@sidley.com
(Tel.) 312-853-7101
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)

*Counsel for Plaintiff Kalderos, Inc.*

1