APPEAL,STAYED,TYPE–C,TYPE–E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:21–cv–02608–DLF
### *Internal Use Only*

KALDEROS, INC. v. UNITED STATES OF AMERICA et al
Assigned to: Judge Dabney L. Friedrich
 Cases:   1:21–cv–01479–DLF
          1:21–cv–01686–DLF
          1:22–cv–03763–DLF
          1:21–cv–02826–DLF
          1:22–cv–01986–DLF
          1:22–cv–02893–DLF
 Related Cases:   1:24–cv–01603–DLF
                  1:24–cv–03220–DLF
                  1:24–cv–03496–DLF
Cause: 05:0701 Judicial Review of Agency Decision

Date Filed: 10/06/2021
Jury Demand: None
Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**KALDEROS, INC.**               represented by   **Jacquelyn E. Fradette**
                                                  SIDLEY AUSTIN LLP
                                                  1501 K Street, NW
                                                  Washington, DC 20005
                                                  202–736–8822
                                                  Email: jfradette@sidley.com
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Madeleine Joseph**
                                                  SIDLEY AUSTIN LLP
                                                  1501 K Street NW
                                                  Washington, DC 20005
                                                  202–736–8071
                                                  Email: mjoseph@sidley.com
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Trevor L. Wear**
                                                  SIDLEY AUSTIN LLP
                                                  One South Dearborn Street
                                                  Chicago, IL 60603
                                                  312–853–7000
                                                  Email: twear@sidley.com
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **William Anthony Sarraille**
                                                  11322 Beach Mill Road
                                                  Great Falls, VA 22066

                                              202–390–5679
Email: williamsarraille@icloud.com
*TERMINATED: 02/26/2025*
*ATTORNEY TO BE NOTICED*

**Paul John Zidlicky**
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736–8000
Email: pzidlicky@sidley.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**    represented by    **Jody D. Lowenstein**
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
1100 L St. NW
Washington, DC 20005
202–598–9280
Email: jody.d.lowenstein@usdoj.gov
*TERMINATED: 12/23/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Bardo**
DOJ–USAO
601 D Street NW
Washington, DC 20530
(202) 870–6770
Email: john.bardo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DIANA ESPINOSA**    represented by    **Jody D. Lowenstein**
*Acting Administrator of U.S. Health*                          (See above for address)
*Resources and Services Administration*                *TERMINATED: 12/23/2024*
*TERMINATED: 12/09/2024*                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. HEALTH RESOURCES AND**    represented by    **Jody D. Lowenstein**
**SERVICES ADMINISTRATION**                            (See above for address)
*TERMINATED: 12/23/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **John Bardo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **XAVIER BECERRA**<br>*Secretary of Health and Human Services* | represented by | **Jody D. Lowenstein**<br>(See above for address)<br>*TERMINATED: 12/23/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Bardo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES** | represented by | **Jody D. Lowenstein**<br>(See above for address)<br>*TERMINATED: 12/23/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Bardo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **CAROLE JOHNSON**<br>*Administrator of U.S. Health Resources and Services Administration* | represented by | **John Bardo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **340B HEALTH** | represented by | **William Barnett Schultz**<br>ZUCKERMAN SPAEDER LLP<br>2100 L Street, NW<br>Suite 400<br>Washington, DC 20037<br>202−778−1800<br>Fax: 202−822−8106<br>Email: wschultz@zuckerman.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **UMASS MEMORIAL MEDICAL CENTER** | represented by | **William Barnett Schultz**<br>(See above for address) |

|  |  |  |
|---|---|---|
|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Movant** |  |  |
| **GENESIS HEALTHCARE SYSTEM** | represented by | **William Barnett Schultz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **AMERICAN HOSPITAL ASSOCIATION** | represented by | **Chad Golder**<br>AMERICAN HOSPITAL ASSOC.<br>800 10th Street, NW<br>#400<br>2 City Center<br>Washington, DC 20001<br>202–626–4624<br>Email: chadgolder@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS, INC.**<br>*doing business as*<br>CHILDREN'S HOSPITAL ASSOCIATION | represented by | **Chad Golder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **ASSOCIATION OF AMERICAN MEDICAL COLLEGES** | represented by | **Chad Golder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **AMERICA'S ESSENTIAL HOSPITALS** | represented by | **Chad Golder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2021 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ADCDC–8784075) filed by KALDEROS, INC.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A to Complaint HRSA Letter United Therapeutics Covered Entities, # 3 Exhibit B to Complaint HRSA Letter Sanofi Covered Entities, # 4 Exhibit C to Complaint HRSA Letter Novartis Covered Entities, # 5 Summons Attorney General, # 6 Summons Becerra, # 7 Summons Espinosa, # 8 Summons US Attorney, # 9 Summons US HHS, # 10 Summons US HRSA)(Zidlicky, Paul) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 2 | NOTICE OF RELATED CASE by KALDEROS, INC.. Case related to Case No. No. 1:21–cv–01479, No. 1:21–cv–01686. (Zidlicky, Paul) (Entered: 10/06/2021) |
| 10/06/2021 | 3 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by KALDEROS, INC. (Zidlicky, Paul) (Entered: 10/06/2021) |
| 10/06/2021 | 4 | NOTICE of Appearance by Paul John Zidlicky on behalf of KALDEROS, INC. (Zidlicky, Paul) (Entered: 10/06/2021) |
| 10/06/2021 | 5 | NOTICE of Appearance by William Anthony Sarraille on behalf of KALDEROS, INC. (Sarraille, William) (Entered: 10/06/2021) |
| 10/06/2021 | 6 | NOTICE of Appearance by Jacquelyn E. Fradette on behalf of KALDEROS, INC. (Fradette, Jacquelyn) (Entered: 10/06/2021) |
| 10/07/2021 | | NOTICE OF ERROR re 1 Complaint; emailed to pzidlicky@sidley.com, cc'd 7 associated attorneys –– The PDF file you docketed contained errors: 1. Incorrect coversheet. Please use the cover sheet at https://www.dcd.uscourts.gov/new–case–forms & file using the event Civil Cover Sheet., 2. No signature. Please file the signed document using the event Errata. All filings must have an original signature or '/s/ Attorney Name' to represent an electronic signature of the filer., 3. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (zsb, ) (Entered: 10/07/2021) |
| 10/07/2021 | 7 | CIVIL COVER SHEET by KALDEROS, INC. re 1 Complaint,, filed by KALDEROS, INC.. Related document: 1 Complaint,, filed by KALDEROS, INC..(Zidlicky, Paul) (Entered: 10/07/2021) |
| 10/07/2021 | 8 | ERRATA *COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF* by KALDEROS, INC.. (Zidlicky, Paul) (Entered: 10/07/2021) |
| 10/12/2021 | | Case Assigned to Judge Dabney L. Friedrich. (zsb) (Entered: 10/12/2021) |
| 10/12/2021 | 9 | SUMMONS (6) Issued Electronically as to XAVIER BECERRA, DIANA ESPINOSA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zsb) (Entered: 10/12/2021) |
| 10/18/2021 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 10/18/2021. Answer due for ALL FEDERAL DEFENDANTS by 12/17/2021. (Fradette, Jacquelyn) (Entered: 10/18/2021) |
| 10/19/2021 | 11 | AFFIDAVIT re 9 Summons Issued Electronically as to AUSA, *Attorney General, Merrick Garland* by KALDEROS, INC.. (Fradette, Jacquelyn) (Entered: 10/19/2021) |
| 10/19/2021 | 12 | AFFIDAVIT re 9 Summons Issued Electronically as to AUSA, *US Department of Health and Human Services* by KALDEROS, INC.. (Fradette, Jacquelyn) (Entered: 10/19/2021) |
| 10/19/2021 | 13 | AFFIDAVIT re 9 Summons Issued Electronically as to AUSA, *Xavier Becerra, Secretary of Health and Human Services* by KALDEROS, INC.. (Fradette, Jacquelyn) (Entered: 10/19/2021) |
| 10/20/2021 | 14 | |

| | | |
|---|---|---|
| | | AFFIDAVIT re 9 Summons Issued Electronically as to AUSA, *Diana Espinosa, Acting Administrator of U.S. Health Resources and Services Administration* by KALDEROS, INC.. (Fradette, Jacquelyn) (Entered: 10/20/2021) |
| 10/20/2021 | 15 | AFFIDAVIT re 9 Summons Issued Electronically as to AUSA, *U.S. Health Resources and Services Administration* by KALDEROS, INC.. (Fradette, Jacquelyn) (Entered: 10/20/2021) |
| 10/20/2021 | 16 | STANDARD ORDER for Civil Cases. See text for details. Signed by Judge Dabney L. Friedrich on October 20, 2021. (lcdlf3) (Entered: 10/20/2021) |
| 11/02/2021 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 10/25/21. (Fradette, Jacquelyn) Modified serve date on 11/3/2021 (eg). (Entered: 11/02/2021) |
| 11/02/2021 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION served on 10/26/2021 (Fradette, Jacquelyn) Modified served date on 11/3/2021 (eg). (Entered: 11/02/2021) |
| 12/01/2021 | 19 | NOTICE of Appearance by Jody D. Lowenstein on behalf of All Defendants (Lowenstein, Jody) (Entered: 12/01/2021) |
| 12/01/2021 | 20 | MOTION for Extension of Time to *Respond to Complaint* by XAVIER BECERRA, DIANA ESPINOSA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Lowenstein, Jody) (Entered: 12/01/2021) |
| 12/01/2021 | | MINUTE ORDER. Upon consideration of defendants' 20 Motion for Extension of Time to Respond to Complaint, it is hereby ORDERED that it is GRANTED IN PART. Defendants shall answer or otherwise respond to plaintiff's 1 Complaint, or move for a stay, on or before January 31, 2022. So Ordered by Judge Dabney L. Friedrich on December 1, 2021. (lcdlf3) (Entered: 12/01/2021) |
| 12/01/2021 | | Set/Reset Deadlines: Answer due by 1/31/2022, (zjch, ) (Entered: 12/01/2021) |
| 12/03/2021 | 21 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES served on 10/22/2021 (Fradette, Jacquelyn) (Entered: 12/03/2021) |
| 12/08/2021 | 22 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. XAVIER BECERRA served on 10/22/2021 (Fradette, Jacquelyn) (Entered: 12/08/2021) |
| 12/15/2021 | 23 | MOTION to Stay *Proceedings* by XAVIER BECERRA, DIANA ESPINOSA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Lowenstein, Jody) (Entered: 12/15/2021) |
| 12/22/2021 | 24 | Memorandum in opposition to re 23 MOTION to Stay *Proceedings* filed by KALDEROS, INC.. (Attachments: # 1 Text of Proposed Order)(Sarraille, William) (Entered: 12/22/2021) |

| 12/29/2021 | 25 | REPLY to opposition to motion re 23 MOTION to Stay *Proceedings* filed by XAVIER BECERRA, DIANA ESPINOSA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES OF AMERICA. (Lowenstein, Jody) (Entered: 12/29/2021) |
|---|---|---|
| 01/28/2022 | 26 | ORDER granting defendants' 23 Motion to Stay. See text for details. Signed by Judge Dabney L. Friedrich on January 28, 2022. (lcdlf3) (Entered: 01/28/2022) |
| 06/04/2024 | 27 | Joint STATUS REPORT by XAVIER BECERRA, DIANA ESPINOSA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES OF AMERICA. (Lowenstein, Jody) (Entered: 06/04/2024) |
| 06/04/2024 |  | MINUTE ORDER. Upon consideration of the parties' 27 Joint Status Report, the parties shall file a joint status report on or before October 4, 2024 or within seven (7) days of the final disposition of the Novartis and United Therapeutic appeals, whichever is earlier. So ordered by Judge Dabney L. Friedrich on June 4, 2024. (lcdlf3) (Entered: 06/04/2024) |
| 06/04/2024 |  | Set/Reset Deadlines: Status Report due by 10/4/2024 (zjch, ) (Entered: 06/05/2024) |
| 08/26/2024 | 28 | Joint STATUS REPORT by KALDEROS, INC.. (Zidlicky, Paul) (Entered: 08/26/2024) |
| 08/27/2024 |  | MINUTE ORDER. Upon consideration of the parties' 28 Joint Status Report, it is ORDERED that the parties shall file a joint status report on or before September 25, 2024. So Ordered by Judge Dabney L. Friedrich on August 27, 2024. (lcdlf2) (Entered: 08/27/2024) |
| 09/25/2024 | 29 | Joint STATUS REPORT by KALDEROS, INC.. (Zidlicky, Paul) (Entered: 09/25/2024) |
| 09/26/2024 |  | MINUTE ORDER. Upon consideration of the parties' 29 Joint Status Report, it is ORDERED that the parties shall file a joint status report on or before October 25, 2024. So Ordered by Judge Dabney L. Friedrich on September 26, 2024. (lcdlf2) (Entered: 09/26/2024) |
| 09/26/2024 |  | Set/Reset Deadlines: Status Report due by 10/25/2024. (zjch, ) (Entered: 09/27/2024) |
| 10/25/2024 | 30 | Joint STATUS REPORT by KALDEROS, INC.. (Zidlicky, Paul) (Entered: 10/25/2024) |
| 10/28/2024 |  | MINUTE ORDER. Upon consideration of the parties' 30 Joint Status Report, it is ordered that the plaintiff shall file an amended complaint, or move for leave to file a supplemental pleading, on or before November 24, 2024. So Ordered by Judge Dabney L. Friedrich on October 28, 2024. (lcdlf2) (Entered: 10/28/2024) |
| 11/14/2024 | 31 | MOTION for Leave to File *FIRST AMENDED COMPLAINT* by KALDEROS, INC.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2)(Zidlicky, Paul) (Entered: 11/14/2024) |
| 11/22/2024 | 32 | Unopposed MOTION for Extension of Time to File Response/Reply as to 31 MOTION for Leave to File *FIRST AMENDED COMPLAINT* by UNITED STATES OF AMERICA, DIANA ESPINOSA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH |

| | | |
|---|---|---|
| | | AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Lowenstein, Jody) (Entered: 11/22/2024) |
| 11/22/2024 | | MINUTE ORDER granting the defendants' unopposed 32 Motion to Extend Deadline. Accordingly, the defendants shall file any response to the plaintiff's 31 Motion for Leave to File First Amended Complaint on or before December 6, 2024. So Ordered by Judge Dabney L. Friedrich on November 22, 2024. (lcdlf2) (Entered: 11/22/2024) |
| 12/06/2024 | 33 | NOTICE by UNITED STATES OF AMERICA, DIANA ESPINOSA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES re 31 Motion for Leave to File (Lowenstein, Jody) (Entered: 12/06/2024) |
| 12/06/2024 | | MINUTE ORDER granting the plaintiff's unopposed 31 Motion for Leave to File First Amended Complaint. Accordingly, the plaintiff shall file its first amended complaint on or before December 10, 2024. So Ordered by Judge Dabney L. Friedrich on December 6, 2024. (lcdlf2) (Entered: 12/06/2024) |
| 12/09/2024 | 34 | AMENDED COMPLAINT *FOR DECLARATORY AND INJUNCTIVE RELIEF* against All Defendants filed by KALDEROS, INC..(Zidlicky, Paul) (Entered: 12/09/2024) |
| 12/23/2024 | 35 | NOTICE OF SUBSTITUTION OF COUNSEL by John Bardo on behalf of CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES Substituting for attorney Jody D. Lowenstein (Bardo, John) (Entered: 12/23/2024) |
| 12/23/2024 | 36 | Consent MOTION to Vacate *obligation to file an answer and enter a briefing schedule* by CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Bardo, John). Added MOTION for Briefing Schedule on 12/26/2024 (mg). (Entered: 12/23/2024) |
| 12/26/2024 | | MINUTE ORDER granting the defendant's 36 Motion to Vacate Answer Deadline. The following schedule shall govern further proceedings: the certified index of the administrative record shall be filed on or before January 10, 2025; the plaintiffs' motion for summary judgment shall be filed on or before January 21, 2025; the defendants' response and cross−motion for summary judgment shall be filed on or before February 20, 2025; the plaintiffs' reply and response shall be filed on or before March 7, 2025; and the defendants' reply shall be filed on or before March 24, 2025. So Ordered by Judge Dabney L. Friedrich on December 26, 2024. (lcdlf2) (Entered: 12/26/2024) |
| 12/26/2024 | | Set/Reset Deadlines/Hearings: Administrative Record due by 1/10/2025. Cross Motions due by 2/20/2025. Response to Cross Motions due by 3/7/2025. Reply to Cross Motions due by 3/24/2025. Summary Judgment motions due by 1/21/2025. Response to Motion for Summary Judgment due by 2/20/2025. Reply to Motion for Summary Judgment due by 3/7/2025. (zjch, ) (Entered: 12/26/2024) |
| 01/09/2025 | 37 | Consent MOTION for Extension of Time to *brief summary judgment* by CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed |

| | | |
|---|---|---|
| | | Order)(Bardo, John) (Entered: 01/09/2025) |
| 01/10/2025 | | MINUTE ORDER granting the defendants' consent 37 Motion for Extension of Time. The following schedule shall govern further proceedings: the certified index of the administrative record shall be filed on or before January 31, 2025; the plaintiffs' motion for summary judgment shall be filed on or before February 3, 2025; the defendants' response and cross−motion for summary judgment shall be filed on or before March 3, 2025; the plaintiffs' reply and response shall be filed on or before March 17, 2025; and the defendants' reply shall be filed on or before March 31, 2025. So Ordered by Judge Dabney L. Friedrich on January 10, 2025. (lcdlf2) (Entered: 01/10/2025) |
| 01/10/2025 | | Set/Reset Deadlines/Hearings: Administrative Record due by 1/31/2025. Cross Motions due by 3/3/2025. Response to Cross Motions due by 3/17/2025. Reply to Cross Motions due by 3/31/2025. Summary Judgment motions due by 2/3/2025. Response to Motion for Summary Judgment due by 3/3/2025. Reply to Motion for Summary Judgment due by 3/17/2025. (zjch, ) (Entered: 01/10/2025) |
| 01/31/2025 | 38 | Joint MOTION for Protective Order by CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Bardo, John) (Entered: 01/31/2025) |
| 01/31/2025 | 39 | ADMINISTRATIVE RECORD by CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Bardo, John) (Entered: 01/31/2025) |
| 02/03/2025 | 40 | ORDER granting the parties' joint 38 Motion for Protective Order. See text for details. Signed by Judge Dabney L. Friedrich on February 3, 2025. (lcdlf2) (Entered: 02/03/2025) |
| 02/03/2025 | 41 | MOTION for Summary Judgment by KALDEROS, INC.. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Zidlicky, Paul) (Entered: 02/03/2025) |
| 02/21/2025 | 42 | MOTION for Extension of Time to *Brief Summary Judgment* by CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order)(Bardo, John) (Entered: 02/21/2025) |
| 02/21/2025 | | MINUTE ORDER directing the plaintiff to file any opposition to the defendants' 42 Motion for Extension on or before February 24, 2025 at 12:00 p.m. So Ordered by Judge Dabney L. Friedrich on February 21, 2025. (lcdlf2) (Entered: 02/21/2025) |
| 02/24/2025 | 43 | RESPONSE TO ORDER OF THE COURT re Scheduling Order filed by KALDEROS, INC.. (Zidlicky, Paul) (Entered: 02/24/2025) |
| 02/24/2025 | 44 | ERRATA by CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES re 42 Motion for Extension of Time to,. (Bardo, John) (Entered: 02/24/2025) |
| 02/24/2025 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER granting in part the defendants' 42 Motion for Extension of Time. The Court will grant a 14–day extension of all deadlines. Further, the Court will accept the proposal regarding joint briefs on dispositive motions. The Court will hold a joint hearing for Case Nos. 21–2608, 24–3320, 24–3337, 24–3496, and 25–117 on a date in April to be determined. The government has suggested that the Court also consolidate Johnson & Johnson v. Fink, No. 24–3188. At this point, the Court is not consolidating any of the cases but instead is considering them on a joint briefing and hearing schedule, as proposed. To the Court's knowledge, no motion to deem these cases related has been filed in Johnson & Johnson. Accordingly, the Court will proceed with the cases on its docket. So Ordered by Judge Dabney L. Friedrich on February 24, 2025 (lcdlf2) (Entered: 02/24/2025) |
| 02/25/2025 | | NOTICE of Hearing: Motion Hearing set for 4/29/2025 at 10:00 AM in Courtroom 24A– In Person before Judge Dabney L. Friedrich. (smc) (Entered: 02/25/2025) |
| 02/26/2025 | 45 | NOTICE OF WITHDRAWAL OF APPEARANCE as to KALDEROS, INC.. Attorney William Anthony Sarraille terminated. (Zidlicky, Paul) (Entered: 02/26/2025) |
| 02/27/2025 | 46 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Trevor Wear, Filing fee $ 100, receipt number ADCDC–11509654. Fee Status: Fee Paid. by KALDEROS, INC.. (Attachments: # 1 Declaration for Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order, # 4 Certificate of Service)(Zidlicky, Paul) (Entered: 02/27/2025) |
| 03/03/2025 | | MINUTE ORDER granting 46 Motion for Leave to Appear Pro Hac Vice. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. So Ordered by Judge Dabney L. Friedrich on March 3, 2025. (lcdlf2) (Entered: 03/03/2025) |
| 03/03/2025 | 47 | NOTICE of Appearance by Trevor L. Wear on behalf of KALDEROS, INC. (Wear, Trevor) (Entered: 03/03/2025) |
| 03/05/2025 | 48 | Unopposed MOTION for Leave to File *Amici Curiae Brief in Support of Defendants* by AMERICAN HOSPITAL ASSOCIATION, National Association of Children's Hospitals, Inc. d/b/a Children's Hospital Association, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, AMERICA'S ESSENTIAL HOSPITALS. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Golder, Chad) (Entered: 03/05/2025) |
| 03/05/2025 | 49 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN HOSPITAL ASSOCIATION, National Association of Children's Hospitals, Inc. d/b/a Children's Hospital Association, ASSOCIATION OF AMERICAN MEDICAL COLLEGES, AMERICA'S ESSENTIAL HOSPITALS (Golder, Chad) (Entered: 03/05/2025) |
| 03/17/2025 | 50 | Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment* by CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. (Attachments: # 1 Text of Proposed Order, # 2 Text of Proposed Order)(Bardo, John) (Entered: 03/17/2025) |
| 03/17/2025 | 51 | RESPONSE re 41 MOTION for Summary Judgment filed by CAROLE JOHNSON, UNITED STATES OF AMERICA, U.S. HEALTH RESOURCES AND SERVICES |

| | | |
|---|---|---|
| | | ADMINISTRATION, XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. (See docket entry 50 to view document) (mg) (Entered: 03/19/2025) |
| 03/20/2025 | | MINUTE ORDER granting the unopposed 48 Motion for Leave to File Amici Curiae Brief. The Clerk of Court is directed to file the [48–1] Brief of American Hospital Association on the docket. So Ordered by Judge Dabney L. Friedrich on March 20, 2025. (lcdlf2) (Entered: 03/20/2025) |
| 03/20/2025 | 52 | AMICUS BRIEF by AMERICAN HOSPITAL ASSOCIATION, NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS, INC., ASSOCIATION OF AMERICAN MEDICAL COLLEGES, AMERICA'S ESSENTIAL HOSPITALS. (mg) (Entered: 03/20/2025) |
| 03/31/2025 | 53 | NOTICE of Appearance by Madeleine Joseph on behalf of KALDEROS, INC. (Joseph, Madeleine) (Entered: 03/31/2025) |
| 03/31/2025 | 54 | RESPONSE re 50 Cross MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*, filed by KALDEROS, INC.. (Attachments: # 1 Text of Proposed Order)(Zidlicky, Paul) Modified link on 4/2/2025 (znmw). (Entered: 03/31/2025) |
| 03/31/2025 | 55 | MOTION for Leave to File Amicus Brief by 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, GENESIS HEALTHCARE SYSTEM. (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Declaration, # 3 Text of Proposed Order)(Schultz, William) (Entered: 03/31/2025) |
| 03/31/2025 | 56 | REPLY to opposition to motion re 41 Motion for Summary Judgment filed by KALDEROS, INC.. (See docket entry 54 to view document). (mg) (Entered: 04/01/2025) |
| 04/02/2025 | 57 | RESPONSE re 55 MOTION for Leave to File Amicus Brief *and Extend Page Limit* filed by KALDEROS, INC.. (Zidlicky, Paul) (Entered: 04/02/2025) |
| 04/08/2025 | 58 | MOTION for Extension of Time to *File a Reply* by XAVIER BECERRA, CAROLE JOHNSON, UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Bardo, John) (Entered: 04/08/2025) |
| 04/09/2025 | | MINUTE ORDER granting the 58 Consent Motion for Extension of Time. The defendants shall file their reply on or before April 18, 2025. So Ordered by Judge Dabney L. Friedrich on April 9, 2025. (lcdlf1) (Entered: 04/09/2025) |
| 04/11/2025 | | MINUTE ORDER granting the 55 Motion for Leave to File Amici Curiae Brief. The Clerk of Court is directed to file the [55–1] Brief of 340B Health on the docket. So Ordered by Judge Dabney L. Friedrich on April 11, 2025. (lcdlf2) (Entered: 04/11/2025) |
| 04/11/2025 | 59 | AMICUS BRIEF by 340B HEALTH. (Attachments: # 1 Declaration)(znmw) (Entered: 04/14/2025) |
| 04/18/2025 | 60 | REPLY to opposition to motion re 50 Motion for Summary Judgment, filed by XAVIER BECERRA, CAROLE JOHNSON, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES OF AMERICA. (Bardo, John) (Entered: 04/18/2025) |
| 04/28/2025 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for April 29, 2025, at 10:00 AM. The hearing can be accessed by dialing the Toll–Free Number: 833–990–9400 (Meeting ID: 117076001). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. So Ordered by Judge Dabney L. Friedrich on 4/28/2025. (smc) (Entered: 04/28/2025) |
| 04/29/2025 | | Minute Entry for Motion Hearing held on 4/29/2025 before Judge Dabney L. Friedrich: re 41 MOTION for Summary Judgment and 50 Cross MOTION for Summary Judgment. Oral arguments heard and TAKEN UNDER ADVISEMENT. Court Reporter: Sara Wick. (smc) (Entered: 04/29/2025) |
| 05/02/2025 | 61 | NOTICE by XAVIER BECERRA, CAROLE JOHNSON, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, UNITED STATES OF AMERICA (Bardo, John) (Entered: 05/02/2025) |
| 05/05/2025 | 62 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by KALDEROS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix Table of Contents, # 2 Appendix Volume I, # 3 Appendix Volume II, # 4 Appendix Volume III, # 5 Appendix Volume IV, # 6 Certificate of Service Certificate of Service, # 7 Text of Proposed Order Proposed Order)(Zidlicky, Paul) (Entered: 05/05/2025) |
| 05/05/2025 | 63 | JOINT APPENDIX by KALDEROS, INC.. (Attachments: # 1 Appendix Volume I (Corrected), # 2 Appendix Volume II, # 3 Appendix Volume III, # 4 Appendix Volume IV)(Zidlicky, Paul) (Entered: 05/05/2025) |
| 05/06/2025 | 64 | RESPONSE re 61 Notice (Other) filed by KALDEROS, INC.. (Zidlicky, Paul) (Entered: 05/06/2025) |
| 05/15/2025 | 65 | NOTICE *PLAINTIFFS NOTICE TO THE COURT* by KALDEROS, INC. (Attachments: # 1 Exhibit 1)(Zidlicky, Paul) (Entered: 05/15/2025) |
| 05/15/2025 | 66 | ORDER denying the plaintiff's 41 Motion for Summary Judgment and granting the government's 50 Cross Motion for Summary Judgment. See text for details. Signed by Judge Dabney L. Friedrich on May 15, 2025. (lcdlf1) (Entered: 05/15/2025) |
| 05/15/2025 | 67 | MEMORANDUM OPINION regarding the plaintiff's 41 Motion for Summary Judgment and the government's 50 Cross Motion for Summary Judgment. See text for details. Signed by Judge Dabney L. Friedrich on May 15, 2025. (lcdlf1) (Entered: 05/15/2025) |
| 05/19/2025 | 68 | TRANSCRIPT OF MOTION HEARING before Judge Dabney L. Friedrich held on 04/29/2025. Page Numbers: 1–96. Date of Issuance: 05/19/2025. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. |

| | | |
|---|---|---|
| | | After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/9/2025. Redacted Transcript Deadline set for 6/19/2025. Release of Transcript Restriction set for 8/17/2025.(Wick, Sara) (Entered: 05/19/2025) |
| 05/21/2025 | | MINUTE ORDER. Upon consideration of the 62 Sealed Motions, it is ORDERED that the 62 Motion shall be unsealed and filed on the public docket. The [62−2] [62−3] [62−4] attachments to the motion shall remained sealed pending further order of the Court.<br><br>Further, it is ordered that the 62 Motion to File Documents Under Seal is DENIED without prejudice. When a court is presented with a motion to seal, it must weigh the six factors set forth in *United States v. Hubbard*, 650 F.2d 293, 316 (D.C. Cir. 1980). The parties seeking to file documents under seal must point to the "specific privacy interests in the documents at issue" that justify restricting disclosure. *Vanda Pharms., Inc. v. FDA*, 539 F. Supp. 3d 44, 57 (D.D.C. 2021). Here, the parties provide only a generalized justification for sealing the entirety of the administrative record, which includes documents that have already been publicly disclosed or published online, *see* AR 364, 537, 575; documents filed on the public docket, *see* AR 295; or documents produced by, for example, the intervenors themselves and already widely distributed, *see* AR 632. Accordingly, the Court finds that the 62 Motion is overbroad, and is denied.<br><br>On or before June 4, 2025, the plaintiffs shall file (1) a renewed motion to file portions of the Joint Appendix under seal; and (2) a revised proposed redacted Joint Appendix. The plaintiffs need not provide line−by−line redactions, but they shall provide specific reasoning for **each separate document** that they propose filing under seal. The Court will not permit the sealing of documents that are already widely publicly accessible or otherwise not subject to sealing under the Hubbard factors. So Ordered by Judge Dabney L. Friedrich on May 21, 2025. (lcdlf1) (Entered: 05/21/2025) |
| 06/04/2025 | 69 | Joint STATUS REPORT *on Sealing* by KALDEROS, INC.. (Zidlicky, Paul) (Entered: 06/04/2025) |
| 06/05/2025 | 70 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by KALDEROS, INC. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix [Sealed] Revised Joint Appendix TOC, # 2 Appendix JA Vol. 5 [Sealed], # 3 Certificate of Service, # 4 Text of Proposed Order)(Zidlicky, Paul) (Entered: 06/05/2025) |
| 06/05/2025 | 71 | JOINT APPENDIX *Public Revised* by KALDEROS, INC.. (Attachments: # 1 Appendix JA Vol. 1, # 2 Appendix JA Vol. 2, # 3 Appendix JA Vol. 3, # 4 Appendix JA Vol. 4, # 5 Appendix JA Vol. 5 (Public Slipsheet))(Zidlicky, Paul) (Entered: 06/05/2025) |

| 06/05/2025 | | MINUTE ORDER. Upon consideration of the Hubbard factors, *United States v. Hubbard*, 650 F.2d 293, 316 (D.C. Cir. 1980), the 70 Sealed Motion to File Document Under Seal is GRANTED. The parties seek to file under seal three categories of information in the administrative record: (1) granular technical details regarding Lilly's cash rebate model, including process controls and the continuity plan in the event of technical difficulties; (2) the personal contact information of Novartis and Sanofi's employees and outside counsel; and (3) documents belonging to non−party Johnson & Johnson. *See* Mot. at 2, 4, 5. As to the first category, the Court finds that under the fourth Hubbard factor, the public has no need to access Lilly's confidential and sensitive business information, which the plaintiffs assert could be used to exploit Lilly's systems. *See United States v. All Assets Held at Bank Julius Baer & Co.*, 520 F. Supp. 3d 71, 83 (D.D.C. 2020). As to the second category, the Court finds that the public has no need to access the personal contact information of the plaintiffs' employees and counsel. *See Thomas v. Moreland*, No. 18−cv−800 (TJK), 2024 WL 2846744, at *2 (D.D.C. June 4, 2024). Finally, as to the third category, the Court recognizes that non−party Johnson & Johnson currently has a related case implicating its documents pending before Judge Contreras, *see* No. 24−cv−3188 (RC) (D.D.C.). Thus, it will allow the Johnson & Johnson documents to remain provisionally under seal pending Judge Contreras's ruling on any motion to seal in that related case. Accordingly, the Clerk of Court is directed to unseal the 70 Sealed Motion and to file the attached exhibits under seal. So Ordered by Judge Dabney L. Friedrich on June 5, 2025. (lcdlf1) (Entered: 06/05/2025) |
| --- | --- | --- |
| 06/05/2025 | 72 | SEALED Appendix filed by KALDEROS, INC.. re 70 Sealed Motion for Leave to File Document Under Seal,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix)(zdp) (Entered: 06/06/2025) |
| 06/12/2025 | 73 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 66 Order, Terminate Motions by KALDEROS, INC.. Filing fee $ 605, receipt number ADCDC−11753173. Fee Status: Fee Paid. Parties have been notified. (Zidlicky, Paul) (Entered: 06/12/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KALDEROS, INC.,<br><br>       *Plaintiff*,<br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>       *Defendants*. | Case No. 21-cv-02608 (DLF) |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Kalderos, Inc. appeals to the United States Court of Appeals for the D.C. Circuit from this Court's Order, ECF No. 66, entered in this action on May 15, 2025.

Dated: June 12, 2025

Respectfully submitted,

*/s/ Paul. J. Zidlicky*

SIDLEY AUSTIN LLP
Paul J. Zidlicky (D.C. Bar No. 450196)
pzidlicky@sidley.com
(Tel.) 202-736-8013
1501 K Street, N.W.
Washington, DC 20005
(Tele.) 202-736-8000
(Fax) 202-736-8711

Trevor L. Wear (pro hac vice)
twear@sidley.com
(Tel.) 312-853-7101
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)

*Counsel for Plaintiff Kalderos, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br>    *Plaintiffs*,<br>  v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>    *Defendants,*<br>  and<br>340B HEALTH, *et al.*,<br>    *Intervenor-Defendants*. | No. 24-cv-03220 (DLF) |
| BRISTOL MYERS SQUIBB COMPANY,<br>    *Plaintiff*,<br>  v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>    *Defendants,*<br>  and<br>340B HEALTH, *et al.*,<br>    *Intervenor-Defendants*. | No. 24-cv-03337 (DLF) |
| SANOFI-AVENTIS U.S. LLC,<br>    *Plaintiff*,<br>  v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>    *Defendants,*<br>  and<br>340B HEALTH, *et al.*,<br>    *Intervenor-Defendants*. | No. 24-cv-03496 (DLF) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br>    *Plaintiff*,<br>  v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>    *Defendants*.<br>  and<br>340B HEALTH, *et al.*,<br>    *Intervenor-Defendants*. | No. 25-cv-00117 (DLF) |

| KALDEROS, INC.,<br>      *Plaintiff*,<br>    v.<br>UNITED STATES OF AMERICA, *et al.*,<br>      *Defendants*. | No. 21-cv-02608 (DLF) |
|---|---|

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Lilly's Motion for Summary Judgment, Dkt. 15, is denied; the government's Cross Motion for Summary Judgment, Dkt. 35, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 36, is granted in part and denied in part. To the extent that intervenors seek a declaration that rebates are categorically prohibited under the 340B statute, that portion of their motion is denied. It is further

**ORDERED** that BMS's Motion for Summary Judgment, Dkt. 17, is denied; the government's Cross Motion for Summary Judgment, Dkt. 38, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 39, is granted in part and denied in part. It is further

**ORDERED** that Sanofi's Motion for Summary Judgment, Dkt. 27, is granted in part and denied in part; the government's Cross Motion for Summary Judgment, Dkt. 41, is granted in part and denied in part; and the intervenor' Cross Motion for Summary Judgment, Dkt. 35, is granted in part and denied in part. It is further

**ORDERED** that the portions of the agency's December 13 violation letter rejecting Sanofi's credit rebate and patient eligibility condition are vacated and remanded to the agency for further consideration. It is further

3

**ORDERED** that Novartis's Motion for Summary Judgment, Dkt. 12, is denied; the government's Cross Motion for Summary Judgment, Dkt. 31, is granted; and the intervenors' Cross Motion for Summary Judgment, Dkt. 32, is granted in part and denied in part. It is further

**ORDERED** that Kalderos's Motion for Summary Judgment, Dkt. 41, is denied; and the government's Cross Motion for Summary Judgment, Dkt. 50, is granted.

This is a final appealable order.

**SO ORDERED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

May 15, 2025