# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, *et al.*,<br>　　　　*Plaintiffs*, | )<br>)<br>) | |
| v. | )<br>) | Case No. 24-CV-3220 (DLF) |
| ROBERT F. KENNEDY, JR., *et al.*,<br>　　　　*Defendants*. | )<br>)<br>)<br>) | |
| BRISTOL MYERS SQUIBB COMPANY,<br>　　　　*Plaintiff*, | )<br>)<br>) | |
| v. | )<br>) | Case No. 24-CV-3337 (DLF) |
| ROBERT F. KENNEDY, JR., *et al.*,<br>　　　　*Defendants*. | )<br>)<br>)<br>) | |
| SANOFI-AVENTIS U.S. LLC,<br>　　　　*Plaintiff*, | )<br>)<br>) | |
| v. | )<br>) | Case No. 24-CV-3496 (DLF) |
| UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*,<br>　　　　*Defendants*. | )<br>)<br>)<br>) | |
| NOVARTIS PHARMACEUTICALS<br>CORPORATION,<br>　　　　*Plaintiff*, | )<br>)<br>)<br>) | |
| v. | )<br>) | Case No. 25-CV-117 (DLF) |
| ROBERT F. KENNEDY, JR., *et al.*,<br>　　　　*Defendants*. | )<br>)<br>)<br>) | |
| KALDEROS, INC.,<br>　　　　*Plaintiff*, | )<br>)<br>) | |
| v. | )<br>) | Case No. 21-CV-2608 (DLF) |
| UNITED STATES OF AMERICA, *et al.*,<br>　　　　*Defendants*. | )<br>)<br>)<br>) | |

## SECOND REVISED REDACTED JOINT APPENDIX

Pursuant to Local Civil Rule 7(n), Paragraph 5(c)(ii) of this Court's Standard Order for Civil Cases, and the Court's Minute Orders of May 21, 2025, and June 5, 2025, the parties hereby submit the attached Second Revised Redacted Joint Appendix containing agreed-upon portions of the administrative record that "relate to the issues raised" in the parties' cross-motions for summary judgment. Local Civil R. 7(n)(1).

Dated: September 2, 2025                                Respectfully submitted,

*/s/ Catherine E. Stetson*
John C. O'Quinn
Matthew S. Owen
Megan McGlynn
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com
matt.owen@kirkland.com
megan.mcglynn@kirkland.com

Catherine E. Stetson (D.C. Bar No. 453221)
Jacob T. Young (D.C. Bar No. 90014334)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
jake.young@hoganlovells.com

*Attorneys for Plaintiffs Eli Lilly and Company and Lilly USA, LLC*

1

*/s/ Sean Marotta*
Sean Marotta (D.C. Bar No. 1006494)
Marlan Golden (D.C. Bar No. 1673073)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-4881
Facsimile: (202) 637-5910
sean.marotta@hoganlovells.com

*Attorneys for Plaintiff Bristol Myers Squibb Company*


*/s/Sean Marotta*
Sean Marotta (D.C. Bar No. 1006494)
Jacob T. Young (D.C. Bar No. 90014334)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-4881
sean.marotta@hoganlovells.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*


/s/ *Rajeev Muttreja*
Rajeev Muttreja (admitted pro hac vice)
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
rmuttreja@jonesday.com

Noel Francisco (D.C. Bar No. 464752)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
njfrancisco@jonesday.com


*Attorneys for Plaintiff Sanofi-Aventis U.S. LLC*

2

/s/ *Paul J. Zidlicky*
SIDLEY AUSTIN LLP
Paul J. Zidlicky (No. 450196)
pzidlicky@sidley.com
(Tel.): (202) 736-8013
1501 K Street, N.W.
Washington, DC 20005
(Tel.): (202) 736-8000
(Fax): (202) 736-8711

Trevor L. Wear (pro hac vice)
twear@sidley.com
(Tel.): (312) 853-7101
One South Dearborn
Chicago, IL 60603
(Tel.): (312) 853-7000
(Fax): (312) 853-7036

*Counsel for Plaintiff Kalderos, Inc.*

*/s/ William B. Schultz*
William B. Schultz (D.C. Bar No. 218990)
Margaret M. Dotzel (D.C. Bar No. 425431)
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
mdotzel@zuckerman.com

*Attorneys for Intervenor Defendants*

## TABLE OF CONTENTS

HHS Bates Number

**Volume I**

| | |
|---|---|
| 42 U.S.C. § 256b | 1–10 |
| Notice Regarding Section 602 of the Veterans Health Care Act of 1992—Rebate Option, 63 Fed. Reg. 35,239 (June 29, 1998) | 11–14 |
| 340B Drug Pricing Program Ceiling Price and Manufacturer Civil Monetary Penalties Regulation, 82 Fed. Reg. 1,210 (Jan. 5, 2017) | 14–35 |
| Exemplar 340B Drug Pricing Program Pharmaceutical Pricing Agreement | 36–45 |
| Exemplar 340B Drug Pricing Program Pharmaceutical Pricing Agreement Addendum | 46–47 |
| Health Resources & Services Administration (HRSA) Office of Pharmacy Affairs (OPA) Website Posting, *340B Rebate Models* (Dec. 2024) | 48 |
| Letter from Carole Johnson, Administrator, HRSA to J&J (Aug. 14, 2024), including transmittal email | 64–68 |
| Letter from Carole Johnson, Administrator, HRSA to J&J (Sept. 17, 2024), including transmittal email | 201–204 |
| Letter from Carole Johnson, Administrator, HRSA to J&J (Sept. 27, 2024), including transmittal email | 212–214 |
| Letter from Chantelle Britton, Director, OPA, HRSA to Lilly (Sept. 18, 2024) | 292–294 |
| Email correspondence between Amy Demske, Executive Director, US Policy & Executive Branch Strategy, Bristol Myers Squibb Co. (BMS) and Chantelle Britton and Krista Pedley, HRSA (Aug. 30, 2024–Oct. 18, 2024) | 306–308 |
| Letter from Chantelle Britton, Director, OPA, HRSA to BMS (Nov. 4, 2024) | 342–344 |
| Letter from Chantelle Britton, Director, OPA, HRSA to BMS (Nov. 21, 2024), including transmittal email | 345–347 |
| Letter from Sanofi to Chantelle Britton, Director, OPA, HRSA (Dec. 16, 2024) | 426 |
| *Letter from Chantelle Britton, Director, OPA, HRSA to Novartis (Jan. 14, 2025) | 439–441 |
| Email correspondence between Aaron Vandervelde, Managing Director, Berkeley Research Group (BRG) and Chantelle Britton, Director, OPA, HRSA (June 12, 2024–June 20, 2024) | 506–513 |

---

\* Partially redacted under the Court's Minute Order of June 5, 2025.

## TABLE OF CONTENTS—Continued

<u>HHS Bates Number</u>

**Volume II**

Email correspondence between Perry Knight, Vice President, Law – Strategic Customer Group, Johnson & Johnson Health Care Systems, Inc. (J&J) and Chantelle Britton, Director, OPA, HRSA (June 27, 2024–July 23, 2024) ........................... 49–51

Email from Kim Rogers, Pharmacist, OPA, HRSA to Michelle Herzog, Chantelle Britton, Julie Zadecky, and Krista Pedley, HRSA (July 24, 2024), including attachment ........................................................................................................................... 52–54

Letter from J&J to HRSA (July 31, 2024), including transmittal email ................................. 55–63

Letter from J&J to Chantelle Britton, Director, OPA, HRSA (Aug. 16, 2024), including transmittal email and exhibits ............................................................................ 69–173

Email from Julie Zadecky, Pharmacist, OPA, HRSA to Chantelle Britton, Michelle Herzog, and Kim Rogers, HRSA (Aug. 19, 2024), including attachment ...................... 174–175

Email from Perry Knight, Vice President, Law – Strategic Customer Group, J&J to Chantelle Britton, Director, OPA, HRSA (Aug. 22, 2024), including attachment .......... 176–189

Letter from J&J to Chantelle Britton, Director, OPA, HRSA (Sept. 12, 2024), including transmittal email ....................................................................................... 190–200

Letter from J&J to Carole Johnson, Administrator, HRSA (Sept. 19, 2024), including transmittal email ........................................................................................................ 205–211

Letter from J&J to Carole Johnson, Administrator, HRSA (Sept. 30, 2024), including transmittal email ........................................................................................................ 215–218

Presentation by J&J to HRSA (Oct. 21, 2024), including transmittal email ..................... 232–246

**Volume III**

Email correspondence between Derek Asay, Senior Vice President, Government Strategy and Federal Accounts, Eli Lilly and Company (Lilly) and Chantelle Britton, Director, OPA, HRSA (Aug. 30, 2024–Sept. 4, 2024), including attachment ........................................................................................................................ 256–269

*Letter from Lilly to Chantelle Britton, Director, OPA, HRSA (Sept. 9, 2024), including transmittal email and attachments ............................................................... 270–291

Letter from Lilly to Chantelle Britton, Director, OPA, HRSA (Sept. 23, 2024), including exhibit ........................................................................................................... 295–304

Presentation by BMS to HRSA (Oct. 22, 2024) ............................................................... 309–315

---

\* Partially redacted under the Court's Minute Order of June 5, 2025.

## TABLE OF CONTENTS—Continued

                                                                                                                                                    HHS Bates Number

Letter from BMS to Carole Johnson, Administrator, HRSA (Oct. 24, 2024), including transmittal email and attachments .................................................................................316–341

**Volume IV**

\*Letter from Sanofi-Aventis U.S., LLC (Sanofi) to Chantelle Britton, Director, OPA, HRSA (Nov. 1, 2024), including attachment ..................................................................348–379

\*Letter from Chantelle Britton, Director, OPA, HRSA to Sanofi (Nov. 12, 2024) .............380–382

\*Letter from Sanofi to Chantelle Britton, Director, OPA, HRSA (Nov. 15, 2024), including exhibits ...............................................................................................................383–405

\*Email correspondence between Brett Shumate, Partner, Jones Day, and Chantelle Britton, Director, OPA, HRSA (Nov. 12, 2024–Nov. 21, 2024) .....................................406–407

\*Notice from Sanofi to covered entities (Nov. 22, 2024) ....................................................408–423

\*Letter from Carole Johnson, Administrator, HRSA to Sanofi (Dec. 13, 2024) .................424–425

\*Letter from Novartis Pharmaceuticals Corp. (Novartis) to Carole Johnson, Administrator, HRSA (Dec. 17, 2024), including transmittal email................................427–438

Presentation by Kalderos to HRSA (May 6, 2021), including transmittal form..................442–478

Email correspondence between counsel for Kalderos and HRSA (Mar. 4, 2021–May 5, 2021), including attachment..........................................................................................479–501

Email correspondence between Angie Franks, CEO, Kalderos and Chantelle Britton, Director, OPA, HRSA (Aug. 9, 2024–Sept. 5, 2024) .......................................................502–506

Letter from members of Congress to Xavier Becerra, Secretary of Health and Human Services (Sept. 27, 2024), including transmittal email .....................................................537–549

Email correspondence between the Office of Representative Linda Sanchez and HRSA (Sept. 26, 2024–Sept. 27, 2024) ...........................................................................550–553

Email correspondence between the Office of Representative Doris Matsui and HRSA (Dec. 6, 2024–Dec. 13, 2024) ..............................................................................................561–563

Letter from the American Hospital Association (AHA) to HRSA (Aug. 19, 2024), including transmittal email................................................................................................564–569

Letter from America's Essential Hospitals (AEH) to HRSA (Aug. 28, 2024), including transmittal email................................................................................................570–574

Letter from AHA to HRSA (Aug. 28, 2024) ......................................................................575–579

---

\* Partially redacted under the Court's Minute Order of June 5, 2025.

**TABLE OF CONTENTS—**CONTINUED

<u>HHS Bates Number</u>

Letter from University of Michigan Health to HRSA (Sept. 10, 2024), including transmittal email ................................................................................................... 580–582

Letter from Iowa Hospital Association to HRSA (Sept. 19, 2024) ..................................... 583–584

Letter from California Hospital Association to HRSA (Sept. 19, 2024) ..................................... 585

Email from AEH to HRSA (Oct. 3, 2024) .......................................................................... 586–587

Letter from Biotechnology Innovation Organization to HRSA (Oct. 10, 2024), including transmittal email ................................................................................................... 588–595

Letter from Pharmaceutical Research and Manufacturers of America (Oct. 11, 2024), including transmittal email ................................................................................................... 596–608

Letter from AEH to HRSA (Dec. 2, 2024), including transmittal email ............................ 609–612

Email from Johnson County Hospital to HRSA (Dec. 2, 2024) ................................................. 613

Email correspondence between Onvida Health and HRSA (Dec. 3, 2024–Dec. 4, 2024), including attachment .............................................................................................. 614–631

Letter from 340B Health to HRSA (Dec. 12, 2024), including attachment ........................ 632–639

Letter from the Association of American Medical Colleges to HRSA (Dec. 17, 2024), including transmittal email ................................................................................................... 640–645

Email from Salina Family Healthcare Center & Smoky Hill Family Medicine Residency Program to HRSA (Jan. 15, 2025) ................................................................. 646–647